FILED

**NOT FOR PUBLICATION**

FEB 27 2014

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50233 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-01684-DMS |
| v. | |
| ARMANDO GONZALEZ-HEREDIA, a.k.a. Gallo, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Dana M. Sabraw, District Judge, Presiding

Submitted February 18, 2014[**]

Before:     ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

Armando Gonzalez-Heredia appeals from the district court's judgment and

challenges the 97-month sentence imposed following his guilty-plea conviction for

conspiracy to kidnap, in violation of 18 U.S.C. § 1201(a)(1) and (c);

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

and conspiracy to distribute marijuana and cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

On May 21, 2012, Gonzalez-Heredia filed a pro se notice of appeal from the judgment entered by the district court on March 5, 2012. Because the notice of appeal was not timely filed, *see* Fed. R. App. P. 4(b), the government now urges this court to dismiss the appeal. Under these circumstances, we must dismiss. *See United States v. Sadler*, 480 F.3d 932, 942 (9th Cir. 2007) (where the government properly raises untimeliness argument, dismissal is mandatory). Contrary to Gonzalez-Heredia's contention, the Appellate Commissioner order dated September 7, 2012, did not contain a determination as to timeliness, but rather simply discharged the order to show cause.

**DISMISSED.**

12-50233